Charles Edward **BYRD**,
Plaintiff–Appellant,

v.

**MARICOPA COUNTY SHERIFF'S DE-PARTMENT; Joseph M. Arpaio; Kathleen O'Connell; Austin Peterson; Durango Jail, Defendants–Appellees.**

No. 07–16640.

United States Court of Appeals,
Ninth Circuit.

Oct. 6, 2009.

Charles Edward Byrd, Los Angeles, CA, pro se.

Jarrett A. Green, Esquire, Skadden, Arps, Slate, Meagher & Flom LLP, Los Angeles, CA, for Plaintiff–Appellant.

674

Eileen Dennis Gilbride, Esquire, Jones Skelton & Hochuli, PLC, Maria R. Brandon, Esquire, Dennis Dale Carpenter, Jr., Esquire, Maricopa County Attorney's Office, Division of County Counsel, Phoenix, AZ, for Defendants–Appellees.

### ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.